# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ASCENCION MOLINA, | ) | 1:10-cv-00813 GSA |
| | ) | |
| Plaintiff, | ) | **ORDER SETTING MANDATORY** |
| | ) | **SETTLEMENT CONFERENCE** |
| v. | ) | |
| | ) | **ORDER CONTINUING PRETRIAL** |
| CITY OF MADERA, MADERA POLICE | ) | **CONFERENCE** |
| DEPARTMENT, and CHRISTOPHER | ) | |
| ANAYA, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This Court SETS this matter for a mandatory settlement conference to be held before Magistrate Dennis L. Beck on **Thursday, December 8, 2011, at 10:00 a.m. in Courtroom 9** of the United States District Court, 2500 Tulare Street, Fresno, California.  One week prior, the parties SHALL submit a confidential settlement conference statement directly to the chambers of Magistrate Judge Beck at dlborders@caed.uscourts.gov.

In light of the foregoing, this Court CONTINUES the Pretrial Conference from November 7, 2011, to **Wednesday, December 28, 2011, at 10:00 a.m. in Courtroom 10** before the undersigned.


IT IS SO ORDERED.

**Dated:   November 3, 2011**          _____ /s/ **Gary S. Austin**_____
                                            UNITED STATES MAGISTRATE JUDGE

1