# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASCENCION MOLINA, ) | 1:10-cv-00813 GSA |
| Plaintiff, ) | |
| ) | **ORDER SETTING MANDATORY** |
| v. ) | **SETTLEMENT CONFERENCE** |
| ) | |
| CITY OF MADERA, MADERA POLICE ) | **ORDER CONTINUING PRETRIAL** |
| DEPARTMENT, and CHRISTOPHER ) | **CONFERENCE** |
| ANAYA, ) | |
| Defendants. ) | |

This Court SETS this matter for a mandatory settlement conference to be held before Magistrate Dennis L. Beck on **Thursday, December 8, 2011, at 10:00 a.m. in Courtroom 9** of the United States District Court, 2500 Tulare Street, Fresno, California. One week prior, the parties SHALL submit a confidential settlement conference statement directly to the chambers of Magistrate Judge Beck at dlborders@caed.uscourts.gov.

In light of the foregoing, this Court CONTINUES the Pretrial Conference from November 7, 2011, to **Wednesday, December 28, 2011, at 10:00 a.m. in Courtroom 10** before the undersigned.

IT IS SO ORDERED.

Dated: November 3, 2011              /s/ Gary S. Austin
                                     UNITED STATES MAGISTRATE JUDGE

1