# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASCENCION MOLINA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF MADERA, MADERA POLICE DEPARTMENT, and CHRISTOPHER ANAYA,<br><br>　　　　Defendants. | 1:10-cv-00813 GSA<br><br>**ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES** |

On November 3, 2011, the Court set this matter for a mandatory scheduling conference to be held on December 8, 2011. (Doc. 32.) However, on or about December 7, 2011, the parties requested the settlement conference, to be heard before Magistrate Judge Dennis L. Beck, be continued to January 11, 2012, at 1:00 p.m. (Doc. 35.)

In light of the foregoing, this Court VACATES the pretrial conference of December 28, 2011, and the jury trial of January 17, 2012. Further, the Court SETS the matter for a further scheduling conference, at which time new dates will be selected for the pretrial conference and jury trial, for **January 23, 2012, at 10:30 a.m.** The parties are DIRECTED to file a joint scheduling report one week prior, identifying available dates for the pretrial conference and jury trial.

　　　IT IS SO ORDERED.

　　Dated:　**December 8, 2011**　　　　　　　　　/s/ **Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE