IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ASCENSION MOLINA, | ) | 1:10-cv-813  GSA |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER TO SHOW CAUSE |
| CITY OF MADERA et. al., | ) | |
| Defendant. | ) | |

On January 3, 2012, Defendants, City of Madera, Madera Police Department, and Christopher Anaya, advised the Court that this case had settled. (Doc. 37).  On January 5, 2012, the parties were ordered to file dispositional documents no later than February 3, 2012. (Doc. 37).  To date, the dispositional documents have not been filed.  As such, within five days of the date of this order, the parties are ORDERED to show cause, if any, why monetary sanctions should not be imposed for failing to follow the Court's order.  The parties shall respond by filing a status report outlining the status of the settlement and explaining why the dispositional documents have not been filed.  In the alternative, the parties shall file the appropriate dispositional documents within the five day period.

///

///

1

1  In addition to the imposition of monetary sanctions against both parties, Plaintiff is advised
2  that failure to respond to this Order to Show Cause may result in dismissal of this action.

5  IT IS SO ORDERED.

6  **Dated:   February 9, 2012**          /s/ Gary S. Austin
                                      UNITED STATES MAGISTRATE JUDGE