# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASCENCION MOLINA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>CITY OF MADERA, MADERA POLICE )<br>DEPARTMENT, and CHRISTOPHER )<br>ANAYA,  )<br>  )<br>  Defendants.  )<br>_____ ) | 1:10-cv-00813 GSA<br><br>ORDER DISCHARGING ORDER TO<br>SHOW CAUSE<br><br>ORDER DISMISSING CASE<br><br>(Docs. 39 and 40) |

On January 3, 2012, Defendants, City of Madera, Madera Police Department, and Christopher Anaya, advised the Court that the parties had reached a settlement agreement. (Doc. 37). On January 5, 2012, the parties were ordered to file dispositional documents no later than February 3, 2012. (Doc. 37). On February 9, 2012, this Court issued an Order to Show Cause because no dispositional documents had been filed. (Doc. 39). A response was due within five days.

In response to the Order to Show Cause, Plaintiff filed a Motion to Dismiss the case with prejudice because there has been a complete and final settlement in this matter. (Doc. 40). Accordingly, the Order to Show Cause issued on February 9, 2012, is discharged. (Do. 39).

Moreover, this case is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2).  The Clerk of the Court is directed to close this action.

    IT IS SO ORDERED.

**Dated:   February 16, 2012**                                   **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE